# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

In re  KEVIN PATRICK HYATT                           Case No. 10-27680-JKO

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | FIA Card Services aka Bank of America |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    eCAST Settlement Corporation
    POB 29262
    New York, NY 10087-9262

Court Claim # (if known):   10
Amount of Claim:   $4,749.63
Date Claim Filed:   09/03/2010

Phone: 610-644-7800                                    Phone: 800-671-2115
Last Four Digits of Acct #:   3841                     Last Four Digits of Acct #:   3841
Last Four of Alternate Acct #:   2882                  Last Four of Alternate Acct #:   2882

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ ALANE A. BECKET                             Date:   10/08/2010
    Alane A. Becket, Esquire, PA65451
    Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

BAC00209

